AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**

Jan 6 2026

Clerk, U.S. District Court
Western District of Texas

By: _____ *MG*_____
Deputy

| | |
|---|---|
| **USA** | § |
| | §    CRIMINAL COMPLAINT |
| vs. | §    CASE NUMBER: **EP:26-M -00079(1)  ATB** |
| | § |
| **(1) JOHN GERMAN ACOSTA-LEMA** | § |

    I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 04, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title    **8**    United States Code, Section(s)    **1326(a)**

    I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"**

*The DEFENDANT, John German ACOSTA-Lema, an alien to the United States and a citizen of Ecuador was found approximately 2.60 miles west of the Tornillo Port of Entry in Clint, Texas in the Western District of Texas.  From statements made by "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ PARKER, CLAUDIA
Signature of Complainant
Border Patrol Agent

January 6, 2026
File Date

at   EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:11 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00079(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) JOHN GERMAN ACOSTA-LEMA**

*FACTS   (CONTINUED)*

the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Ecuador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Ecuador on August 14, 2025, through Harlingen, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 1 time, the last one being to ECUADOR on August 14, 2025, through HARLINGEN, TX**

CRIMINAL HISTORY:

**None Found**